**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MICHAEL VISCOMI

v. JUUL LABS, INC. et. al

*This Document Relates to:*

IN RE: JUUL LABS, INC., MARKETING SALES
PRACTICE AND PRODUCTS LIABILITY
LITIGATION   3:19-md-02913 (WHO)

3:18-cv-06808 (WHO)

**NOTICE OF DISMISSAL**

Hon. William H. Orrick

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Michael Viscomi, by and through counsel, hereby gives notice that the above-captioned action is dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this action.  Given that the other Defendants in the case were previously dismissed, this dismissal constitutes the final and full dismissal of this action:

**THE ALTRIA  DEFENDANTS**

- ALTRIA GROUP, INC.;
- PHILIP MORRIS USA, INC.;
- ALTRIA CLIENT SERVICES LLC;
- ALTRIA GROUP DISTRIBUTION COMPANY;
- ALTRIA ENTERPRISES LLC

Dated: June 24, 2024

`

Respectfully Submitted,

/s/Russell D. Paul
Russell D. Paul
Berger Montague PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: rpaul@bm.net

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2024, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

*/s/Russell D. Paul*
Russell D. Paul